IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALID ABDUL AKBAR, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD J. KLEM, et al., | : | NO. 04-CV-3522-LDD |
| Respondents. | : | |

**ORDER**

AND NOW, this 3rd day of October, 2005, upon consideration of the petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254, and after review of the Report and Recommendation of the United States Magistrate Judge Timothy R. Rice, it is hereby ORDERED that:

1. The Report and Recommendation (Doc. No. 13) is APPROVED and ADOPTED;

2. The Petition for a writ of habeas corpus is DENIED with prejudice.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT

/s/
_____
LEGROME D. DAVIS, J.